-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Eric Brooks                                    : CHAPTER 13 :

    Debtor                                        NO. 26-11404

**ORDER**

AND NOW, this 23rd day of April 2026, it is hereby ORDERED that the Motion for Extension of Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until May 4, 2026 to file all documents necessary to complete the case.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge