United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 26-11404-amc

Eric J. Brooks                                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                              Page 1 of 2

Date Rcvd: May 05, 2026                              Form ID: pdf900                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID              Recipient Name and Address**
db                      +  Eric J. Brooks, 5364 West Montgomery Avenue, Philadelphia, PA 19131-3349

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name                        Email Address**

KATIE HOUSMAN
                            on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com

KENNETH E. WEST
                            ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                            on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                            Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com,
                            matthew.fissel@brockandscott.com

SHARON S. MASTERS
                            on behalf of Debtor Eric J. Brooks shmasters@hotmail.com  G65312@notify.cincompass.com

SHERRI DICKS
                            on behalf of Creditor U.S. Bank Trust Company  National Association sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee

District/off: 0313-2                          User: admin                                   Page 2 of 2

Date Rcvd: May 05, 2026                       Form ID: pdf900                               Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Eric Brooks : CHAPTER 13 :

Debtor NO. 26-11404

**ORDER**

AND NOW, this 5th day of May 2026, it is hereby ORDERED that the Motion for Extension of Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until May 11, 2026 to file all documents necessary to complete the case.

Ashely M. Chan
Chief U.S. Bankruptcy Judge