**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                        :**Chapter** 13
                                                  :
Eric J. Brooks                                    :**Case No.** 26-11404amc
    **Debtor.**                                   :

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 9        , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the first            installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor Eric J. Brooks                        **SHALL APPEAR** for a hearing on

    May 26, 2026            **at** 10:00       A.M.      **in Bankruptcy Courtroom No.** 4

    Philadelphia Telephonic Hearing

2.  Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

_____

Ashely M. Chan, Chief

**U.S. BANKRUPTCY JUDGE**

**Date:** May 8, 2026

**Copy to:**

Eric J. Brooks
5364 West Montgomery
Avenue
Philadelphia, PA 19131