Relationship: Creditor
Service via ECF and first-class mail

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                                              **Chapter 13**

**Eric Brooks**

**Bky. No.** 26-11404

**Debtor**

\*   \*   \*   \*   \*   \*   \*

**CERTIFICATION OF SERVICE**

I, Sharon S. Masters, Esq.              , certify that on 5/12/2026, I did cause a true and

correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  5/12/2026                                      /s/ Sharon S. Masters

                                                       Sharon S. Masters, Esquire
                                                       Attorney for Debtors

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Eric Brooks
Address: 5364 W. Montgomery Ave.
Philadelphia, PA  19131
Relationship of Party Debtor

Via: ☐ CM/ECF X 1st Class Mail ☐ Certified Mail      ☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Kenneth E. West, Esq.

Address: 190 N. Independence Mall West

Suite 701

Philadelphia, PA 19106

Relationship:Chapter 13 Standing Trustee

Service By ECF

AQUA
C/O NATIONAL RECOVERY
2491 PAXTON STREET
HARRISBURG, PA 17111
Relationship: Creditor
Service by ECF and First class mail

CREDIT ONE BANK
C/O MIDLAND CREDIT MGMT
350 CAMINO DEL LA REINA, SUITE, 100
SAN DIEGO, CA 92108
Relationship: Creditor
Service by ECF and First class mail

CAPITAL ONE
C/O PORTFOLIO RECOVERY

120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502
Relationship: Creditor
Service by ECF and First class mail

TAMPOE LLC
C/O VANCE & HUFFMAN
55 MONETTE PKWY STE 100
SMITHFIELD, VA 23430
Relationship: Creditor
Service by ECF and First class mail

PNC BANK
PO BOX 5580
CLEVELAND, OH 44101
Relationship: Creditor
Service by ECF and First class mail

PGW
BAY AREA CREDIT SERVICE
4145 SHACKLEFORD RD STE 330B
NORCROSS, GA  30013
Relationship: Creditor
Service by ECF and First class mail

PHFA
211 N. FRONT ST.
HARRISBURG, PA  17101
Relationship: Creditor
Service by ECF and First class mail

US Bank National Association
3217 S. Decker Drive
Salt Lake City, UT  84119
Relationship: Creditor
Service by ECF and First class mail

Robertson, Anschutz, Schneid,
Crane
13010 Morris Rd. Ste. 450
Alpharetta, GA  30004
Relationship: Attorney for
Creditor US Bank
Service by ECF and First class mail

Name:U.S. Trustee

Address:Robert N.C. Nix
Federal
Building
900 Market Street
Suite 320
Philadelphia, PA
19107
Relationship:U.S.T.
Service By ECF