United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 26-11404-amc

Eric J. Brooks                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Brooks, 5364 West Montgomery Avenue, Philadelphia, PA 19131-3349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                           Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KATIE HOUSMAN | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SHARON S. MASTERS | |
| | on behalf of Debtor Eric J. Brooks shmasters@hotmail.com  G65312@notify.cincompass.com |
| SHERRI DICKS | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 11, 2026                       Form ID: pdf900                               Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :Chapter 13
                                          :
Eric J. Brooks
                                          :Case No. 26-11404amc
    Debtor.                               :

## ORDER TO SHOW CAUSE

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 9      , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the first           installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor Eric J. Brooks                **SHALL APPEAR** for a hearing on

   May 26, 2026          **at** 10:00      A.M.      **in Bankruptcy Courtroom No.** 4

   Philadelphia Telephonic Hearing

2.  Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

_____

Ashely M. Chan, Chief

**U.S. BANKRUPTCY JUDGE**

Date: May 8, 2026

Copy to:

Eric J. Brooks
5364 West Montgomery
Avenue
Philadelphia, PA 19131