**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                      :Chapter 13
                                            :
Eric J. Brooks                              :Case No. 26-11404amc

    Debtor.                                 :

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in

Installments (doc. no. 9        , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the second and third installment;

It is, therefore, hereby **ORDERED** that:

1.  The Debtor Eric J. Brooks                    **SHALL APPEAR** for a hearing on

    August 18, 2026        **at** 10:00      A.M.      via phone by dialing 646-828-7666 and

    entering Meeting ID 160 6807 8081.

2.   Failure to appear for the hearing and/or to pay the installment **and any other**

**payments that come due prior to the hearing**  may result in dismissal of this case

without further notice or hearing.

_____
    Ashely M. Chan, Chief
    **U.S. BANKRUPTCY JUDGE**

**Date:** July 30, 2026

**Copy to:**

Eric J. Brooks
5364 W. Montgomery Ave
Philadelphia, PA  19131