**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:** :**Chapter** 13
:
Eric J. Brooks :**Case No.** 26-11404amc
**Debtor.** :

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in Installments (doc. no. 9 , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the final installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor Eric J. Brooks **SHALL APPEAR** for a hearing on October 13, 2026 **at** 10:00 A.M.
Philadelphia Telephonic Hearing Please dial 646-828-7666 and enter meeting ID 160 6807 8081 to attend.

2. Failure to appear for the hearing and/or to pay the installment **and any other payments that come due prior to the hearing** may result in dismissal of this case without further notice or hearing.

Ashely M. Chan, Chief
**U.S. BANKRUPTCY JUDGE**

**Date:** September 28, 2026

**Copy to:**

Eric J. Brooks
5364 West Montgomery Avenue
Philadelphia, PA 19131