United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11404-amc
Eric J. Brooks Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 28, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Brooks, 5364 West Montgomery Avenue, Philadelphia, PA 19131-3349 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates rshearer@raslg.com |
| SHARON S. MASTERS | on behalf of Debtor Eric J. Brooks shmasters@hotmail.com G65312@notify.cincompass.com |

| | |
|---|---|
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust Company National Association shrdlaw@outlook.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **:Chapter** 13 |
| | **:** |
| Eric J. Brooks | **:Case No.** 26-11404amc |
| **Debtor.** | **:** |

**ORDER TO SHOW CAUSE**

**AND NOW** upon consideration of the Order Approving Payment of Filing Fee in Installments (doc. no. 9 , the "Installment Order");

**AND** a review of the docket showing that the Debtor has not paid the final installment;

It is, therefore, hereby **ORDERED** that:

1. The Debtor Eric J. Brooks **SHALL APPEAR** for a hearing on October 13, 2026 **at** 10:00 A.M.
   Philadelphia Telephonic Hearing Please dial 646-828-7666 and enter meeting ID 160 6807 8081 to attend.

2. Failure to appear for the hearing and/or to pay the installment **and any other payments that come due prior to the hearing** may result in dismissal of this case without further notice or hearing.

Ashely M. Chan, Chief
**U.S. BANKRUPTCY JUDGE**

**Date:** September 28, 2026

**Copy to:**

Eric J. Brooks
5364 West Montgomery Avenue
Philadelphia, PA 19131