**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Eric J. Brooks,<br>*aka Eric Jeffrey D. Brooks,*<br>Debtor.<br><br>U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A,<br>Movant,<br>v.<br>Eric J. Brooks,<br>*aka Eric Jeffrey D. Brooks,*<br>Debtor/Respondent,<br><br>KENNETH E. WEST, Esq.<br>Trustee/Respondent. | Bankruptcy No. 26-11404-amc<br><br>Chapter 13<br><br>Related to Doc. No. 34 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A, the undersigned hereby withdraws the following document:

**Docket Entry #34 - U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A's Objection to Confirmation of Debtor's Chapter 13 Plan, filed on June 24, 2026.**

Respectfully Submitted,

**Robertson, Anschutz, Schneid & Crane LLC**
By: /s/Jordan Katz, Esq.
Attorney for Secured Creditor
Jordan Katz, Esq.

PA I.D (ATTYBAR)
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: jkatz@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Eric J. Brooks,<br>*aka Eric Jeffrey D. Brooks,*<br>Debtor.<br><br>U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A,<br>Movant,<br>v.<br>Eric J. Brooks,<br>*aka Eric Jeffrey D. Brooks,*<br>Debtor/Respondent,<br><br>KENNETH E. WEST, Esq.<br>Trustee/Respondent. | Bankruptcy No. 26-11404-amc<br><br>Chapter 13<br><br>Related to Doc. No. 34 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 19, 2026, I electronically filed the foregoing Praecipe to Withdraw with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SHARON S. MASTERS
Law Office of Sharon S. Masters
132 Overleaf Drive
Thorndale, PA 19372

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Eric J. Brooks
5364 West Montgomery Avenue
Philadelphia, PA 19131

Date: October 19, 2026

Respectfully Submitted,

**Robertson, Anschutz, Schneid & Crane LLC**
By: /s/Jordan Katz, Esq.
Attorney for Secured Creditor
Jordan Katz, Esq.
PA I.D (ATTYBAR)
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: jkatz@raslg.com